**RECEIVED**

JAN 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)            **Civil Action No. 07-2155 (ESH)**
v. )
)
$9,436.00 in UNITED STATES )
CURRENCY, )
)
Defendant. )

## CLAIM TO CONTEST FORFEITURE ACTION

My name is Rita S. Thompson-Joyner, and I am writing to assert an interest in the defendant property identified above and to contest the forfeiture of this property on behalf of my recently deceased brother, Daniel Maurice Thompson.

On August 28, 2007, Daniel M. Thompson granted me general power of attorney to act on his behalf. He asked me to pursue the return of $9,436.00 in U.S. currency removed from his home on June 19, 2007. As indicated in my September 4, 2007, response to the seizure, he told me that the funds represented his savings, a recent payoff of an insurance claim, and funds from his grandson's bank.

My brother passed away on December 1, 2007, and I feel more compelled now than ever to seek the return of his property so that it can be passed along to his two daughters. It is our understanding that his treatment while in custody directly contributed to the decline in his health, ultimately leading to his untimely death.

I feel that the least I can do to honor his memory is to seek the return of his property. Of the $9,436.00 that was seized, Daniel could trace $3,084.75 to an automobile insurance policy payment he received when the 1994 Infiniti vehicle he drove was stolen on May 9, 2007. The police report and insurance claim are attached.

If you have questions, I may be reached at (301) 552-2282.

DATED: January 16, 2007

BY: _Rita S. Joyner_

RITA S. THOMPSON-JOYNER
3812 Alta Vista Drive
Mitchellville, MD 20721

1-16-08

I, RITA S. THOMPSON-JOYNER, WILL MAIL
A COPY OF THIS CLAIM TO:

      DIANE G. LUCAS
      U.S. ATTORNEY'S OFFICE
      JUDICIARY CENTER BUILDING
        ASSET FORFEITURE UNIT
      555 FOURTH STREET, NW
      ROOM 4822
      WASHINGTON, DC 20530

ON JANUARY 16, 2008.

                                  *Rita S. J*

# Incident-Based Event Report

Metropolitan Police Department

Washington, D.C.

## PART I - CLASSIFICATION OF EVENT

| 1 TYPE OF REPORT |
|---|
| ● Offense |
| ○ Incident |

**FILL IN THE OVALS COMPLETELY**

Right Mark ●

Wrong Marks ⊘ ⊗ ◑

**2 DATE AND TIME OF EVENT**

| | Start Date | Start Time | End Date | End Time |
|---|---|---|---|---|
| | Month Day Year | Hour Minute | Month Day Year | Hour Minute |
| | Jan 08 07 23 00 | | Feb 09 07 10 30 | |

**3 DATE OF REPORT**: Month Day Year — Feb 09 07

**4 TIME OF REPORT**: Hour Minute — 11 20

**5 DISTRICT**: 5

**6 SECTOR**: 0 3

**7 BEAT**: 06

**8 COMPLAINT NUMBER**: 0178

**9 EVENT LOCATION ADDRESS**: 3520 Commodore Joshua Dr

Rear of / In front of / Along side of / Inside of
NW Corner / NE Corner / SW Corner / SE Corner

**10 REPORT RECEIVED BY**: On-scene / TRU / Radio run / Walk-in

**11 IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?** Yes / No

**12 PROPERTY TYPE**: Public / Private

**13 EVENT NO. 1**: Theft 1 (Stolen Auto)

**14 EVENT NO. 2**: 0700

**15 EVENT NO. 3**:

**16 FORCED ENTRY**: Yes / No

**17 POINT OF ENTRY**: Unknown

**18 a. Method Used**: Stolen

**b. Tools Used**: Unknown

**19 WEATHER CONDITIONS**: Clear / Cloudy / Rain / Snow / Other / Not applicable / Unknown

**20 SUSPECTED HATE CRIME?** None / Ethnic / Sexual Orientation / Racial / Religious / Other

**21 SECURITY SYSTEM (Mark all that apply)**: Alarm/Audio / Alarm/Silent / Camera / Dog / Dead bolt / Unlocked / Exterior lights / Interior lights / Fence / Guard / Neighborhood watch / Not applicable / Unknown

**22 LOCATION TYPE (Mark only one)**
- None
- Air/Bus/Train terminal
- Alley
- Bank/Savings & loan
- Bus stop
- Church/Synagogue/Temple
- College/University
- Commercial office building
- Construction site
- Convenience store
- Department/Discount store
- D.C. government building
- Doctor's office/Hospital
- Drug store
- Federal/Government bldg.
- Field/Woods
- Grocery/Supermarket
- Hotel/Motel/Etc.
- Jail/Prison
- Lake/Waterway
- Liquor store
- Park area
- Parking lot/Parking garage
- Public housing project
- Public/Private school
- Rental storage facility
- Residence/Home
- Restaurant
- Service station
- Sidewalk
- Specialty store
- Street/Highway/Road
- Tavern/Night club
- Other
- Not applicable
- Unknown

**23 DESIGNATED AREAS (Mark all that apply)**
- Victim's vehicle
- Suspect's vehicle
- Taxi-cab
- Bus
- Train/Metro/Amtrak/Etc.
- Hallway
- Elevator
- Stairwell
- Basement/Laundry room
- Apartment/Condo unit
- Single family dwelling
- Hotel/Motel room
- College/University dorm
- Classroom
- Office room
- Vacant building/room
- Customer area
- Storage area
- In public housing
- Win 1 block of public housing
- Win 1,000 ft. of school
- Other
- Not applicable
- Unknown

## PART II - VICTIM INFORMATION

**24 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1**: Rolanda Elliott-Washington

**25 RELATED TO EVENT NO(S)**: 1 2 3 4 5 6 7 8 9 10

**26 VICTIM TYPE**: Individual / Business / Financial inst. / Government / Religious org. / Society/Public / Police officer / Other

**27 DATE OF BIRTH**: Month Day Year — Feb 24 71

**28 AGE RANGE**: 0-1 yr. / 2-12 yrs. / 13-17 yrs. / 18-65 yrs. / Over 65

**29 SEX**: Male / ● Female / Unknown

**30 HOME PHONE**: (202) 526 1504

**31 BUSINESS PHONE**: (301) 961 6752

**32 RACE/ETHNICITY (Mark all that apply)**: American Indian/Alaskan Native / Asian/Pacific Islander / ● Black / Chinese / Latino/Hispanic / Jamaican / Japanese / Korean / Vietnamese / White / Other / Unknown/Refused

**33 HOME ADDRESS**: DC Resident / Non-DC Resident / Unknown

**34 BUSINESS ADDRESS/SCHOOL**: 7200 Wisc Ave, Bethesda, MD 20814

**35 OCCUPATION**: Admin Sales Manager

**36 IS EVENT RELATED TO OCCUPATION?** Yes / ● No / Unknown

**37 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

**38 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1**:

**39 RELATED TO EVENT NO(S)**: 1 2 3 4 5 6 7 8 9 10

**40 VICTIM TYPE**: Individual / Business / Financial inst. / Government / Religious org. / Society/Public / Police officer / Other

**41 DATE OF BIRTH**: Month Day Year

**42 AGE RANGE**: 0-1 yr. / 2-12 yrs. / 13-17 yrs. / 18-65 yrs. / Over 65

**43 SEX**: Male / Female / Unknown

**44 HOME PHONE**: ( )

**45 BUSINESS PHONE**: ( )

**46 RACE/ETHNICITY (Mark all that apply)**: American Indian/Alaskan Native / Asian/Pacific Islander / Black / Chinese / Latino/Hispanic / Jamaican / Japanese / Korean / Vietnamese / White / Other / Unknown/Refused

**47 HOME ADDRESS**: DC Resident / Non-DC Resident / Unknown

**48 BUSINESS ADDRESS/SCHOOL**:

**49 OCCUPATION**:

**50 IS EVENT RELATED TO OCCUPATION?** Yes / No / Unknown

**51 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

**52 STATUS (Mark one)**: ● Open / Unfounded / Closed / Suspended / Closed by arrest, attach PD-252

**53 REVIEWER**: DThomas

**54 DISTRIBUTION**: CID/T-1

| 55 | IS VICTIM #1 THE REPORTING PERSON? | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**55** IS VICTIM #1 THE REPORTING PERSON? ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON.
○ Yes ○ No

Name: _____  Phone-Area Code: _____
Address: _____

**56** DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER?
○ Yes ● No

**56A** WAS PD FORM 378A ISSUED?
○ Yes ● No

**57** IS CPO/TPO OUTSTANDING?
○ Yes ○ No ○ Unknown   IF YES, ENTER CPO/TPO #: _____

**58 INJURIES** Use the following codes to describe injuries. (Mark all that apply)

N = None Visible
M = Apparent Minor Injury
B = Apparent Broken Bones

O = Other Major Injury
I = Possible Internal Injury
G = Gunshot

L = Severe Laceration
T = Loss of Teeth
U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB # | STATUS |
|---|---|---|---|---|---|---|---|---|
| ○ Victim | ① ② ③ ④ ⑤ | N M B O I | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ⑥ ⑦ ⑧ ⑨ | G L T U | | | | ○ No | | ○ Released |
| ○ Victim | ① ② ③ ④ ⑤ | N M B O I | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ⑥ ⑦ ⑧ ⑨ | G L T U | | | | ○ No | | ○ Released |
| ○ Victim | ① ② ③ ④ ⑤ | N M B O I | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ⑥ ⑦ ⑧ ⑨ | G L T U | | | | ○ No | | ○ Released |
| ○ Victim | ① ② ③ ④ ⑤ | N M B O I | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ⑥ ⑦ ⑧ ⑨ | G L T U | | | | ○ No | | ○ Released |

## PART III - PROPERTY

**59 Codes**
S = Stolen   I = Impounded   L = Lost
E = Evidence   V = Vehicle from which   P = Suspected proceeds of crime
R = Recovered          theft occurred   O = Other
F = Found   D = Alleged drug type

a. Property Book & Page No.

b. Location of Property Book

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | * MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**TOTAL VALUE** 2400

**60 VEHICLE INFORMATION**   Vehicle operated/used by: ○ Victim ○ Suspect ○ Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| S | 94 | Inf₁ | Q45 | Black | 4D | CH2268/DC/07 | JNKNGOLD6RM263522 |

## PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**61**

**#1** ○ Suspect ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ● Unknown ○ Black ○ Latino Hispanic ○ Other | ○ Male ● Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | Unknown | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) | | | | |
| ○ Revolver ○ Semi-automatic firearm | ○ Blunt object ○ None | | | | |
| ○ Rifle ○ Automatic | ○ Motor vehicle ○ Unknown | | | | |

**62**

**#2** ○ Suspect ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ○ Unknown ○ Black ○ Latino Hispanic ○ Other | ○ Male ○ Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) | | | | |
| ○ Revolver ○ Semi-automatic firearm | ○ Blunt object ○ None | | | | |
| ○ Rifle ○ Automatic | ○ Motor vehicle ○ Unknown | | | | |

**63**

**#3** ○ Suspect ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ○ Unknown ○ Black ○ Latino Hispanic ○ Other | ○ Male ○ Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) | | | | |
| ○ Revolver ○ Semi-automatic firearm | ○ Blunt object ○ None | | | | |
| ○ Rifle ○ Automatic | ○ Motor vehicle ○ Unknown | | | | |

*Value of vehicles to be entered by Information Processing section

CCN 060178

**PART V · MISSING PERSONS**

**54** PROBABLE CAUSE OF ABSENCE AND DESTINATION

**65** COMPLAINT NUMBER

0 6 6 1 7 8

**66** IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED:

**67** CLASSIFICATION

Critical

Non-critical

**68** CLASSIFIED BY:

**69** PHYSICAL/MENTAL CONDITION (i.e., diabetic)

**70** DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED

**71** NAME OF PARENT/GUARDIAN

**72** ADDRESS OF PARENT/GUARDIAN

**73** IF JUVENILE, ENTER MOTHER'S MAIDEN NAME

**74** MISSING PERSON SECTION NOTIFIED (Name)

**75** NARRATIVE   Describe event and action taken. If additional narrative space is needed. use PD Form 251-A.

Item Number Continued

C-1 reports on listed Date + times her vehicle was stolen from the listed vicinity, by unknown person(s)

- Area Canvass by 5039, negative Results
PD 252 completed
Flash lookout faxed to teletype
Report forwarded to ID
Key w/owner
Registration w/vehicle
Insurance Company - State Farm

**76** EVIDENCE TECHNICIAN/CSES #

**77** NAME OF INVESTIGATOR NOTIFIED

**78** TELETYPE NOTIFIED (Name)

Johnson

NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED

**79** TELETYPE #

4331

**80** REPORTING OFFICER'S SIGNATURE

ELEMENT

TR4

**81** OTHER POLICE AGENCY

Indicate if report prepared by officer other than MPD.

USCP

USSS

METRO TRANSIT

OTHER

**82** SECOND OFFICER'S NAME

ELEMENT

**83** SIGNATURE OF SUPERVISOR

ELEMENT

TR4

BADGE NUMBER

BADGE NUMBER

BADGE NUMBER

| 84 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 | 65 RELATED TO EVENT NO(S). 1 2 3 4 5 6 7 8 9 10 | 98 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 | 99 RELATED TO EVENT NO(S). 1 2 3 4 5 6 7 8 9 10 |
|---|---|---|---|

**86 VICTIM TYPE**

| Individual | Financial inst. | Religious org. | Police officer |
| Business | Government | Society/Public | Other |

**100 VICTIM TYPE**

| Individual | Financial inst. | Religious org. | Police officer |
| Business | Government | Society/Public | Other |

**87 DATE OF BIRTH**

| Month | Day | Year |
|---|---|---|
| Jan | | |
| Feb | | |
| Mar | 0 | 0 | 0 |
| Apr | 1 | 1 | 1 |
| May | 2 | 2 | 2 |
| Jun | 3 | 3 | 3 |
| Jul | | 4 | 4 | 4 |
| Aug | | 5 | 5 | 5 |
| Sep | | 6 | 6 | 6 |
| Oct | | 7 | 7 | 7 |
| Nov | | 8 | 8 | 8 |
| Dec | | 9 | 9 | 9 |

**88 AGE RANGE**
Unknown  NA
0-1 yr.
2-12 yrs.
13-17 yrs.
18-65 yrs.
Over 65

**89 SEX**
Male
Female
Unknown

**90 HOME PHONE**  (   )

**91 BUSINESS PHONE**  (   )

**92 RACE/ETHNICITY (Mark all that apply)**

| American Indian/Alaskan Native | Japanese |
| Asian/Pacific Islander | Korean |
| Black | Vietnamese |
| Chinese | White |
| Latino/Hispanic | Other |
| Jamaican | Unknown/Refused |

**101 DATE OF BIRTH**

| Month | Day | Year |
|---|---|---|
| Jan | | |
| Feb | | |
| Mar | 0 | 0 | 0 |
| Apr | 1 | 1 | 1 |
| May | 2 | 2 | 2 |
| Jun | 3 | 3 | 3 |
| Jul | | 4 | 4 | 4 |
| Aug | | 5 | 5 | 5 |
| Sep | | 6 | 6 | 6 |
| Oct | | 7 | 7 | 7 |
| Nov | | 8 | 8 | 8 |
| Dec | | 9 | 9 | 9 |

**102 AGE RANGE**
Unknown  NA
0-1 yr.
2-12 yrs.
13-17 yrs.
18-65 yrs.
Over 65

**103 SEX**
Male
Female
Unknown

**104 HOME PHONE**  (   )

**105 BUSINESS PHONE**  (   )

**106 RACE/ETHNICITY (Mark all that apply)**

| American Indian/Alaskan Native | Japanese |
| Asian/Pacific Islander | Korean |
| Black | Vietnamese |
| Chinese | White |
| Latino/Hispanic | Other |
| Jamaican | Unknown/Refused |

**93 HOME ADDRESS**    DC Resident    Non-DC Resident    Unknown

**107 HOME ADDRESS**    DC Resident    Non-DC Resident    Unknown

**94 BUSINESS ADDRESS/SCHOOL**

**108 BUSINESS ADDRESS/SCHOOL**

**95 OCCUPATION**

**96 IS EVENT RELATED TO OCCUPATION?**    Yes    No    Unknown

**109 OCCUPATION**

**110 IS EVENT RELATED TO OCCUPATION?**    Yes    No    Unknown

**97 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

**111 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

---

**112  #1**

| Suspect Missing | a. Race Asian  White  Black  Latino/Hispanic  Unknown  Other | b. Sex Male  Female  Unknown | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using Alcohol  Drugs  Computer  N.A. |
|---|---|---|---|---|---|---|---|---|

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm Handgun  Shotgun  Other firearm  Revolver  Semi-Automatic  Rifle  Automatic | Other Cutting instrument  Blunt object  Motor vehicle  Hands/Feet/Teeth  None  Other (specify)  Unknown | Color | Make | Model | Caliber |
|---|---|---|---|---|---|

**113  #2**

| Suspect Missing | a. Race Asian  White  Black  Latino/Hispanic  Unknown  Other | b. Sex Male  Female  Unknown | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using Alcohol  Drugs  Computer  N.A. |
|---|---|---|---|---|---|---|---|---|

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm Handgun  Shotgun  Other firearm  Revolver  Semi-Automatic  Rifle  Automatic | Other Cutting instrument  Blunt object  Motor vehicle  Hands/Feet/Teeth  None  Other (specify)  Unknown | Color | Make | Model | Caliber |
|---|---|---|---|---|---|

**114  #3**

| Suspect Missing | a. Race Asian  White  Black  Latino/Hispanic  Unknown  Other | b. Sex Male  Female  Unknown | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using Alcohol  Drugs  Computer  N.A. |
|---|---|---|---|---|---|---|---|---|

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm Handgun  Shotgun  Other firearm  Revolver  Semi-Automatic  Rifle  Automatic | Other Cutting instrument  Blunt object  Motor vehicle  Hands/Feet/Teeth  None  Other (specify)  Unknown | Color | Make | Model | Caliber |
|---|---|---|---|---|---|



# State Farm Insurance Companies

State Farm Insurance Companies
Centralized Total Loss Unit
PO Box 957
Frederick, MD 21705-0957

May 17, 2007

Name: Rolanda Elliot-Washington
Address: 6413 KANSAS AVE NE APT 6413
WASHINGTON DC 20012-2105

Re:     Claim Number: 09-5114-572
Date of Loss: 05-09-07
Our Insured: Rolanda Elliot-Washington
Veh: 1994 Infiniti Q45          VIN:JNKNG01D6RM263522

Dear Ms. Elliot-Washington:

We are providing you with our claim payment for the total loss of your vehicle. As discussed earlier, we will pay the Actual Cash Value of your vehicle, less any applicable deductible. The Actual Cash Value is determined by the market value, age, and condition of your vehicle at the time the loss occurred.

To assist us in determining Actual Cash Value, we considered information obtained by our representatives, information provided by you, vehicle valuation services, and other sources. If now or later, you believe we have not correctly determined the Actual Cash Value of your vehicle, please contact me in writing, detailing your concerns.

The amount payable to you was determined as follows:

| | | |
|---|---|---|
| Market/NADA Value | | $ 3,825.00 |
| Less:  Prior Damage (if applicable) | | - |
| Condition Adjustment (if applicable) | | -100.00 |
| Base Price/ACV | | =3,725.00 |
| Plus:  Tax | | + 260.75 |
| License and title fees | | + 36.00 |
| Less:  Deductible (if applicable) | | - 500.00 |
| Payment to Lienholder (if applicable) | | - |
| Retained Salvage Value (if applicable) | | - 437.00 |
| Plus:  Loss of Use (if applicable) | | + |
| Net Amount Payable to You | | $ 3,084.75 |

The figures provided in your settlement are based on the premise you are purchasing a replacement vehicle and there will not be a lien holder on that vehicle. Please contact us if you finance a replacement vehicle as you may be entitled to reimbursement of fees in

the amount of $20.00 to file the new lien with the District of Columbia Department of Motor Vehicles.

If you have any questions concerning this total loss settlement or any other aspect of your claim, please do not hesitate to contact us.

Sincerely,

*Joseph Hill/mg*

Joseph Hill
Claim Representative
Centralized Total Loss Unit,
1-888-613-3966 Team/Ext. 31
State Farm Automobile Insurance Company