UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>555 Fourth St., N.W.<br>Washington, D.C. 20530,<br><br>      Plaintiff,<br>v.<br><br>$9,436.00 IN UNITED STATES CURRENCY,<br><br>      Defendant. | NOTICE OF APPEARANCE<br><br>Civil A. No. 1:07-cv-02155-ESH |

To the Clerk of this court and all parties of record: Please enter the appearance of the following as counsel in this case for: Claimant, Rita S. Thompson Joyner:

    Elizabeth W. Newsom
    D.C. Bar No. 445014
    CROWELL & MORING LLP
    1001 Pennsylvania Avenue, NW
    Washington, DC 20004
    Telephone: (202) 624-2522
    Facsimile: (202) 628-5116;

and

    Ann M. Mason
    D.C. Bar No. 491902
    CROWELL & MORING LLP
    1001 Pennsylvania Avenue, NW
    Washington, DC 20004
    Telephone: (202) 508-8802
    Facsimile: (202) 628-5116.

July 2, 2008

                                                  Respectfully submitted,

                                                  /s/ Elizabeth W. Newsom
                                                  D.C. Bar No. 445014
                                                  Elizabeth W. Newsom
                                                  CROWELL & MORING LLP
                                                  1001 Pennsylvania Avenue, NW
                                                  Washington, DC 20004
                                                  Telephone: (202) 624-2522
                                                  Facsimile: (202) 628-5116