UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Action No. 07-CV-02155 (ESH) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| $9,436.00 in U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SERVICE OF SPECIAL INTERROGATORIES UPON CLAIMANT
AND DEFERRAL OF GOVERNMENT'S RESPONSE TO
CLAIMANT'S MOTION TO DISMISS THE COMPLAINT**

Plaintiff, the United States of America, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule G(6) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, respectfully provides the Court with notice of service of special interrogatories upon claimant, Rita Thompson-Joyner, and deferral of the government's response to claimant's Motion to Dismiss the Complaint.

On July 22, 2008, claimant, Rita Thompson-Joyner, filed a Motion to Dismiss the Complaint. On July 30, 2008, plaintiff sent claimant special interrogatories pursuant to Supplemental Rule G(6)(a) regarding her "identity and relationship" to the defendant currency in order to assess whether she possesses standing to assert a claim on behalf of the defendant currency and thus standing to move to dismiss. Because the government timely served claimant with the special interrogatories after she filed a motion to dismiss, the government's response to claimant's motion to dismiss is deferred. Supplement Rule G(6)(c) states as follows:

> (c) **Government's Response Deferred**. The government need not respond to a claimant's motion to dismiss the action under Rule G(8)(b) until 20 days after the claimant has answered these interrogatories.

Therefore, the government respectfully notifies the Court that in accordance with the applicable rules, it will respond to claimant's Motion to Dismiss the Complaint within twenty days after receiving claimant's complete answers to the special interrogatories.

        Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

\_\_/s/_____
WILLIAM R. COWDEN, D.C. Bar #426301
Assistant United States Attorney

\_\_/s/_____
DIANE G. LUCAS, D.C. Bar #443610
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth St., N.W., Rm. 4822
Washington, D.C.  20530
202-514-7912
Diane.Lucas@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2008, I caused a true and correct copy of the foregoing Notice of Service of Special Interrogatories Upon Claimant and Deferral of Government's Response to Motion to Dismiss Complaint to be served by the Court's electronic filing system upon counsel of record for claimant Rita Thompson-Joyner, Ann M. Mason, Esquire and Elizabeth W. Newsom, Esquire, Crowell & Moring LLP, 1001 Pennsylvania Avenue, NW, Washington, D.C. 20004.

/s/_____
Diane G. Lucas
Assistant United States Attorney